IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM KLURE,

    Petitioner,                  No. CIV S-07-1602 LKK JFM P

    vs.

KUMA DABOO,                      ORDER

    Respondent.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed February 7, 2008, this matter was referred to the Federal Defender for determination of whether petitioner is financially eligible for appointment of counsel and a report in writing thereon within fifteen days from the date of the order. On February 21, 2008, the Federal Defender reported to the court that they were in the process of sending a new in forma pauperis application to petitioner at a facility to which he has been transferred.[1]

/////

---

[1] On February 25, 2008, respondents filed a motion to dismiss this action as moot. The court will set a briefing schedule on respondents' motion following resolution of the pending inquiry into petitioner's eligibility for appointment of counsel.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Within ten days from the date of this order the Federal Defender shall file a
3  report on whether petitioner is financially eligible for appointment of counsel and, if so, whether
4  the Federal Defender should be appointed to represent petitioner in this action; and
5  2. The Clerk of the Court is directed to serve a copy of this order on Carolyn M.
6  Wiggin, Assistant Federal Defender.
7  DATED: March 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
klur1602.o