IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM KLURE,

    Petitioner,               No. CIV S-07-1602 LKK JFM P

    vs.

KUMA DABOO,

    Respondent.         ORDER

_____/

        Petitioner is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By orders filed February 7, 2008 and March 17, 2008, the Office of the Federal Defender was directed to report to the court on whether petitioner is financially eligible for appointment of counsel. On March 18, 2008, the Office of the Federal Defender reported that, for reasons set forth in a declaration of counsel accompanying the report, it was unable to certify that petitioner is financially eligible for appointment of counsel. Accordingly, the court will not appoint counsel to represent petitioner at this time.

        On February 25, 2008, respondent filed a motion to dismiss the petition. Good cause appearing, the court will, by this order, set a schedule for briefing respondent's motion.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall file and serve, as appropriate, an opposition or a statement of non-opposition to respondent's motion to dismiss. Petitioner is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

2. Respondent's reply, if any, shall be filed and served not later than ten days after service of petitioner's response to the motion to dismiss.

DATED: April 14, 2008.

UNITED STATES MAGISTRATE JUDGE

12
klur1602.brf