1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT WILLIAM KLURE,

11              Petitioner,              No. 2:07-cv-1602 LKK JFM (HC)

12        vs.

13   KUMA DABOO,

14              Respondent.              FINDINGS AND RECOMMENDATIONS

15   _____/

16           Petitioner is a federal prisoner proceeding pro se with a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed this action on August 6, 2007,

18   challenging the Federal Bureau of Prisons' refusal to consider his request for a transfer to a

19   residential re-entry center (RRC) for the remainder of his sentence.  On February 25, 2008,

20   respondent moved to dismiss the petition as moot.  In support of the motion, respondent presents

21   evidence that petitioner was transferred to an RRC on February 19, 2008.  See Declaration of

22   Bobbi Butler, filed February 25, 2008, at ¶ 2.

23           By order filed April 15, 2008, petitioner was directed to file, within thirty days, an

24   opposition or a statement of non-opposition to respondent's motion.  That order, which was

25   served on petitioner at the Federal Correctional Institution in Herlong, California, where he was

26   incarcerated when he filed the instant action, was returned undelivered.  It appears that

                                          1

1  petitioner's address has changed from the address on his original habeas corpus petition.[1]

2  Respondent's evidence, uncontroverted by petitioner, is that petitioner has been transferred to an

3  RRC.  Since petitioner has received the transfer he sought by way of his habeas corpus petition,

4  this action is moot.  See Lane v. Williams, 455 U.S. 624, 633 (1982).

5         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

6  Court is directed to serve a copy of these findings and recommendations on petitioner at his

7  address of record and at Cornell Corrections Residential Reentry Center (RRC), 111 Taylor

8  Street, San Francisco, CA 94102; and

9         IT IS HEREBY RECOMMENDED that petitioner's application for a writ of

10  habeas corpus be dismissed.

11         These findings and recommendations are submitted to the United States District

12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

13  days after being served with these findings and recommendations, any party may file written

14  objections with the court and serve a copy on all parties.  Such a document should be captioned

15  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that

16  failure to file objections within the specified time may waive the right to appeal the District

17  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18  DATED: June 3, 2008.

19

20                                        _____

21                                        UNITED STATES MAGISTRATE JUDGE

22  12;klur1602.157

23

24  ────────────────────

25  [1]  It further appears that petitioner has failed to comply with Local Rule 83-182(f), which
requires that a party appearing in propria persona inform the court of any address change.

26