IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM KLURE,

    Petitioner,                    No. CIV 2:07-cv-1602 LKK JFM (HC)

    vs.

KUMA DABOO,                    <u>ORDER</u>

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The findings and recommendations were served on petitioner at his address of record and at a facility to which respondent represented petitioner had been transferred. It appears from the file that one copy of the findings and recommendations served on petitioner was returned, but it also appears that petitioner was properly served. It is the petitioner's

1

1  responsibility to keep the court apprised of his current address at all times.  Pursuant to Local
2  Rule 83-182(f), service of documents at the record address of the party is fully effective.
3       The court has reviewed the file and finds the findings and recommendations to be
4  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
5  ORDERED that:
6       1. The findings and recommendations filed June 4, 2008, are adopted in full;
7       2. Petitioner's application for a writ of habeas corpus is dismissed; and
8       3. The Clerk of the Court is directed to serve a copy of this order on petitioner at
9  his address of record and at Cornell Corrections Residential Reentry Center (RRC), 111 Taylor
10 Street, San Francisco, CA 94102.
11 DATED: July 24, 2008

/klur1602.802hc

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2